**Ruth A. FANK n/k/a Siragusa, Petitioner/Respondent,**

v.

**Joseph S. FANK, Jr., Respondent/Appellant.**

No. 67692.

Missouri Court of Appeals, Eastern District, Division One.

March 26, 1996.

David V. Collignon, Clayton, for appellant.

Mary E. Davidson, Schwartz, Herman & Davidson, St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Father appeals the trial court's order modifying his child support obligations. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Dwayne J. WINGO, Defendant/Appellant.**

**Dwayne J. WINGO, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

Nos. 66069, 67963.

Missouri Court of Appeals, Eastern District, Division One.

April 2, 1996.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

A jury found defendant guilty of possession of a controlled substance, § 195.202, RSMo 1994. The trial court sentenced him as a persistent offender under § 558.016 to seven years. Defendant appeals that judgment and the denial of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed pursuant to Rules 84.16(b) and 30.25(b).